

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

Eric J. Hamilton
Assistant Solicitor General

(512) 936-2542
Eric.Hamilton@oag.texas.gov

January 9, 2023

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

    **Re:**  No. 22-20047, *A&R Engineering and Testing, Inc. v. Ken Paxton, Attorney General of Texas*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellant in the above referenced case, as I am leaving my employment with the Office of the Attorney General. Benjamin W. Mendelson should be substituted as lead counsel in my place.

                          Respectfully submitted.

                          /s/ Eric J. Hamilton

                          Eric J. Hamilton
                          Assistant Solicitor General

cc: All counsel of record (via CM/ECF)