# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 22-20047   A & R Engineering v. Scott
                 USDC No. 4:21-CV-3577

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Gadeir Ibrahim Abbas
Ms. Michal Baum
Mr. Adam Howard Charnes
Mr. Paul D. Clement
Mr. Bernardo Rafael Cruz
Mr. Jethro Eisenstein
Mr. Drew C. Ensign
Mr. John Thomas Floyd, III
Mr. John Saoirse Friend
Mr. Jay Mark Goldstein
Mr. John Hail Heyburn
Mr. Caesar D. Kalinowski
Ms. Ramya Krishnan
Ms. Ambika Kumar
Ms. Maria LaHood
Mr. Nathan Lewin
Mr. David L. Mandel
Ms. Lena F. Masri
Ms. Mary B. McCord
Mr. Joseph Mead
Mr. Benjamin Wallace Mendelson
Ms. Erin Murphy
Mr. Jonathan M. Rotter
Mr. Justin Sadowsky
Mr. Jay A. Sekulow
Mr. Akiva Shapiro
Mr. Benjamin Paul Sisney
Mr. James Patrick Sullivan
Mrs. Katie Rose Talley
Mr. Eugene Volokh