# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 01, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20047   A & R Engineering v. Scott
                            USDC No. 4:21-CV-3577

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Dantrell L. Johnson, Deputy Clerk
                            504-310-7689

cc:
    Mr. Gadeir Ibrahim Abbas
    Ms. Michal Baum
    Mr. Adam Howard Charnes
    Mr. Paul D. Clement
    Mr. Bernardo Rafael Cruz
    Mr. Jethro Eisenstein
    Mr. Drew C. Ensign
    Mr. John Thomas Floyd, III
    Mr. John Saoirse Friend
    Mr. Jay Mark Goldstein
    Mr. John Hail Heyburn

Mr. Caesar D. Kalinowski
Ms. Ramya Krishnan
Ms. Ambika Kumar
Ms. Maria LaHood
Mr. Nathan Lewin
Mr. David L. Mandel
Ms. Lena F. Masri
Ms. Mary B. McCord
Mr. Joseph Mead
Mr. Benjamin Wallace Mendelson
Ms. Erin Murphy
Mr. Jonathan M. Rotter
Mr. Justin Sadowsky
Mr. Jay A. Sekulow
Mr. Akiva Shapiro
Mr. Benjamin Paul Sisney
Mr. James Patrick Sullivan
Mrs. Katie Rose Talley
Mr. Eugene Volokh